# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2182**

CHAMBERS OF
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

Clarkson S. Fisher Federal Building &
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John Ignatius Onukogu
180 Keer Avenue
Newark, New Jersey 07112

Ryan C. Atkinson
Deputy Attorney General
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

October 6, 2009

**RE: Onukogu v. Hunterdon Develop. Ctr.
Civil Action No.: 08-6057**

Dear Litigants:

    Defendant Hunterdon Development Center filed a Motion for Summary Judgment in the above-captioned matter on September 4, 2009. A response was due from Plaintiff John Ignatius Onukogu, *Pro Se*, on September 21, 2009. As of this date, Plaintiff has filed no opposition thereto. The Court will therefore consider the Defendant's Motion for Summary Judgment unopposed.

    If you have any questions regarding this letter, you may contact my chambers at (609) 989-2182.

Very truly yours,

s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge